RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/17/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. CR07 60003 |
|---|---|---|
|  | * | 18 U.S.C. § 2250 |
| V. | * |  |
|  | * | JUDGE DOHERTY |
| GREGORY DAVIS | * |  |

**INDICTMENT**   MAGISTRATE JUDGE HILL

**THE GRAND JURY CHARGES:**

COUNT 1
18 U.S.C. § 2250
Failure to Register Pursuant to
The Sex Offender Registration and Notification Act

Between an unknown date but reasonably near to the 1st day of September, 2006, and continuing until on or about the 13th day of December, 2006, in the Western District of Louisiana, the defendant, GREGORY DAVIS, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, as a result of being convicted of Aggravated Sexual Assault in Will County Illinois, having, after said conviction, traveled in interstate commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250. [18 U.S.C. § 2250].

A T
FC

**REDACTED**

DONALD W. WASHINGTON
United States Attorney

By: _____
JOHN LUKE WALKER, ID NO. 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618