RECEIVED
FEB 1 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-60003 |
| VERSUS | * | JUDGE DOHERTY |
| GREGORY DAVIS | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

IT IS ORDERED, ADJUDGED AND DECREED that the indictment be DISMISSED for violation of the ex post facto clause of the United States Constitution.

THUS DONE AND SIGNED in Lafayette, Louisiana this 19 day of February, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE